IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNTIED STATES OF AMERICA**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Criminal Case No. **07-30178-07-WDS** |
| | ) |
| **GREGORY HOGAN,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant Gregory Hogan's motion to set bond **(Doc. 130)**, which the Court construes as a motion for reconsideration of the order of detention entered March 31, 2008 **(Doc. 101)**.

The government objects to defendant's motion. **(Doc. 131).** The government argues that there is a presumption of detention, in accordance with 18 U.S.C. § 3142. In addition, the government cites five drug-related convictions since 1990, and a domestic assault conviction in 2005, for which defendant Hogan was fined. Lastly, the government notes that Hogan has a conviction for failing to appear in municipal court in 1997.

The Court has considered the arguments of defendant Hogan and the government, re-reviewed the Pretrial Services Report, and consulted with the Probation Office, which now recommends release with conditions.

Defendant has rebutted the presumption under 18 U.S.C. § 3142(e) that no condition or combination of conditions will assure the safety of the community and the defendant's appearance as required through trial. Defendant's criminal history is relatively minor, and

1

distant.  In addition, defendant has long ties to the community and a history of steady employment.

**IT IS THEREFORE ORDERED** that defendant Hogan's motion for bond and/or to reconsider the detention order entered March 31, 2008 **(Doc. 130)** is **GRANTED**.  The terms of release will be established by separate order.

**IT IS SO ORDERED.**

**DATED: May 6, 2008**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
